No. D–869. IN RE DISBARMENT OF BRACKEN. Disbarment entered. [For earlier order herein, see 494 U. S. 1002.]

No. D–870. IN RE DISBARMENT OF TSCHIRHART. Disbarment entered. [For earlier order herein, see 494 U. S. 1002.]

No. D–873. IN RE DISBARMENT OF SANDBORN. Disbarment entered. [For earlier order herein, see 494 U. S. 1014.]

No. D–898. IN RE DISBARMENT OF KELLY. It is ordered that Frank Allan Kelly, of Kingsport, Tenn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–899. IN RE DISBARMENT OF DONNELLY. It is ordered that Michael E. Donnelly, of Boise, Idaho, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 89–1048. FMC CORP. v. HOLLIDAY. C. A. 3d Cir. [Certiorari granted, 493 U. S. 1068.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 89–1363. UNITED STATES v. FRANCE. C. A. 9th Cir. [Certiorari granted, *ante*, p. 903.] Motion for appointment of counsel granted, and it is ordered that Michael R. Levine, Esq., of Honolulu, Haw., be appointed to serve as counsel for respondent in this case.

No. 89–1493. AIR LINE PILOTS ASSN., INTERNATIONAL v. O'NEILL ET AL. C. A. 5th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 89–5867. IRWIN v. DEPARTMENT OF VETERANS AFFAIRS ET AL. C. A. 5th Cir. [Certiorari granted, 493 U. S. 1069.] Motion of National Treasury Employees Union for leave to participate in oral argument as *amicus curiae* and for divided argument denied.